UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ADP, INC. DEALER SERVICES GROUP, et al.** | : | Case No.1:08CV2343 |
| **Plaintiff(s),** | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| **LAKESHORE CHEVROLET, LLC** | : | <u>**MEMORANDUM & ORDER**</u> |
| **Defendant(s).** | : | |

This matter arises on the Plaintiffs' *Motion for Temporary Restraining Order and Preliminary Injunction* (ECF Doc. 2). Having spoken to the parties jointly and considered the motion and all of the Plaintiffs' other filings to date, the Court finds the motion well-taken under the standards applicable to a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure for the limited purpose of maintaining the status quo until a hearing on the Plaintiffs' request for a temporary restraining order can be held on Tuesday, October 7, 2008.[1]

Accordingly the Court **ORDERS** as follows:

(1) In the event of the sale, lease, or any other change in ownership of the Defendant (including the sale of its shares, assets, or otherwise) between the issuance of this Order and the hearing on the Plaintiff's request for a temporary restraining on October 7, 2008, the proceeds of such transfer shall be placed in an interest-bearing escrow account until further notice from the Court;

(2) Defendant is hereby enjoined from selling, leasing, transferring, damaging, or compromising in any way all equipment owned by the Plaintiffs and leased to the Defendant; and

---

[1] To be clear, this Order does not finally resolve the Plaintiffs' motion for a temporary restraining order, but merely grants the request in part in order to preserve the status quo until a hearing on that motion can be had.

(3)     A hearing on the Plaintiffs' motion for temporary restraining order is hereby set for Tuesday, October 7, 2008 at 2:30 P.M. in the Chambers of the Honorable Kathleen M. O'Malley.

**IT IS SO ORDERED.**

                                               **s/Kathleen M. O'Malley**
                                               **KATHLEEN McDONALD O'MALLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**Dated: October 3, 2008**